IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD D. VETETO, AIS #195182, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:17-CV-689-WHA ) [WO] ) |
| CLERKS, JUDGES and JUSTICES OF ALABAMA COURTS, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a Motion for TRO and Hearing on Preliminary Injunction (Doc. #25).

In his motion, the Plaintiff, Ronald Veteto, refers to events occurring at the St. Clair Correctional Facility. This case does not involve officials at the St. Clair facility and any claims relative to his access to the court at that facility should be raised in a separate complaint filed by the Plaintiff in the United States District Court for the Northern District of Alabama. Therefore, it is hereby ORDERED that the Motion is DENIED.

DONE this 21st day of February, 2018.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE