IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD D. VETETO,            )
AIS #195182,                 )
                             )
        Plaintiff,           )
                             )
    v.                       )        CASE NO. 2:17-CV-689-WHA
                             )              [WO]
                             )
CLERKS, JUDGES and JUSTICES OF )
ALABAMA COURTS,              )
                             )
        Defendants.          )

## ORDER

This civil action is before the court on the Recommendation of the Magistrate Judge entered on October 19, 2017 (Doc. #2). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The motion for leave to proceed *in forma pauperis* filed by Ronald D. Veteto (Doc. 1 at 11) is DENIED.

2. This case is dismissed without prejudice for Veteto's failure to pay the full filing and administrative fees upon the initiation of this case.

A separate Final Judgment will be entered in accordance with this order.

DONE this 21st day of February, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE