IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD D. VETETO, <br> AIS #195182, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:17-CV-689-WHA <br> [WO] |
| | ) | |
| CLERKS, JUDGES and JUSTICES OF <br> ALABAMA COURTS, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of February, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE